UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

Civil Action No. 1:11-cv-11132

| |
|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO FLEET NATIONAL BANK, PROVIDENCE, RHODE ISLAND<br><br>    Plaintiff,<br>v.<br><br>JAMES T. HEGARTY, SHEILA COMEAU, THE HEIRS, DEVISEES, AND LEGAL REPRESENTATIVES OF MARY TIBBETTS, GAEL TARALLO, DEIDRE C. SULLIVAN,<br><br>    Defendants<br><br>and<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant/Party-in-Interest |

## AMENDED SEPARATE AND FINAL JUDGMENT AS TO DEFENDANTS, JAMES T. HEGARTY, THE HEIRS DEVISEES AND LEGAL REPRESENTATIVES OF MARY TIBBETTS, GAEL TARALLO, AND DIERDRE C. SULLIVAN

After hearing in this Honorable Superior Court on _____, 2012, it is hereby ORDERED, ADJUDGED, AND DECREED:

1. The Mortgage from James T. Hegarty, Sheila Comeau, Mary Tibbetts, Gael Tarallo and Deidre C. Sullivan dated August 15, 2003 encumbering the Property known and numbered as 51 Reservoir Street, Methuen, MA 01844 is reformed to include Defendant Deidre C. Sullivan as a Mortgagor in the Borrower Clause of the Mortgage;

2. Bank of America, N.A., successor by merger to Fleet National Bank, Providence, Rhode Island is allowed to record a copy of the Mortgage dated August 15, 2003 and is a valid

enforceable first mortgage encumbering the Property located at 51 Reservoir Street, Methuen, MA 01844, as described in the Exhibit A legal description of the Mortgage;

3. The Essex County (Northern District) Registry of Deeds is ordered to accept a copy of the Mortgage dated August 15, 2003 inclusive of the Exhibit A legal description for recording with an effective date of August 15, 2003;

4. The Mortgage dated August 15, 2003 is primary to the interests of the Defendants and any other liens or interested parties which may have been created and recorded at the Essex County (Northern District) Registry of Deeds after the execution of the Mortgage on August 15, 2003.

Entered as an Order of this Court on this *14th* day of *November* 2012.

By Order:

ENTER:

_____
Judge