Case 1:11-cv-11132-MLW Document 18 Filed 12/19/12 Page 1 of 7

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

Civil Action No. 1:11-cv-11132

BANK OF AMERICA, N.A., SUCCESSOR
BY MERGER TO FLEET NATIONAL
BANK, PROVIDENCE, RHODE ISLAND

    Plaintiff,

v.

JAMES T. HEGARTY, SHEILA
COMEAU, THE HEIRS, DEVISEES, and
LEGAL REPRESENTATIVES OF MARY
TIBBETTS, GAEL TARALLO, DEIDRE C.
SULLIVAN,

    Defendants

and

UNITED STATES OF AMERICA,

    Defendant/Party-in-Interest

## AMENDED JOINT MOTION FOR DECLARATORY JUDGMENT BETWEEN PLAINTIFF, BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO FLEET NATIONAL BANK, PROVIDENCE, RHODE ISLAND and DEFENDANT, SHEILA COMEAU

Now comes the Plaintiff, Bank of America, N.A, successor by merger to Fleet National Bank, Providence, Rhode Island (hereinafter "Bank of America") and Defendant, Shelia Comeau (hereinafter "Comeau") in the above captioned matter and respectfully request this Honorable Court enter Declaratory Judgment. As grounds for this request, Bank of America and Comeau state as follows:

1. On or about August 15, 2003, James T. Hegarty, Sheila Comeau, Mary Tibbetts, Gael Tarallo, and Deidre C. Sullivan granted a mortgage of Property located at 51

*Allowed and So Ordered*
*Wolf, D.J.*
*April 19, 2013*